JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929
Email: Lawbw@aol.com

Attorney for Plaintiff
Yanfei HOU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Yanfei HOU

          Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
CONDOLEEZZA RICE, Secretary of State;

          Defendants.

Case No.: C 07 5145 SI

**PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

Plaintiff Yanfei HOU, by and through her undersigned attorney, sues Defendants and states as follows:

1.   This action is brought against the Defendants to compel action on a Refugee Asylee Relative Petition, or Form I-730, properly filed by the Plaintiff. The application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

## PARTIES

2.   Plaintiff Yanfei HOU is a native and citizen of The People's Republic of China. On January 30, 2006, Plaintiff filed for a Refugee Asylee Relative Petitions (Form I-730) (LIN-06-086-53361) (**Exhibit 1: Receipt Notice of I-730**), on behalf of her daughter Xiaowei ZHONG.

3.   Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. §

Case No.:

F:\LING\Mandamus\I-730\HOU Yanfei\Complaints.wpd

2.1.

4.     Defendant Condoleezza Rice is the Secretary of State, and this action is brought against her in her official capacity. She is generally charged with visa and travel documents issuance under the INA.

## JURISDICTION

5.     Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6.     Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff Yanfei HOU resides if no real property is involved in the action. Specifically, Plaintiff Yanfei HOU resides in San Francisco, California and no real property is involved in the instant action.

## EXHAUSTION OF REMEDIES

7.     Plaintiff has exhausted her administrative remedies. Plaintiff has made inquiries concerning the said I-730 Petition, to no avail.

## CAUSE OF ACTION

8.     On January 30, 2006, Plaintiff Yanfei HOU filed a Form I-730, or Refugee Asylee Relative Petition, on behalf of her daughter Xiaowei ZHONG (**Exhibit 1: Receipt Notice of I-730**). As of today's date, Plaintiff is still waiting for the decision of this I-730 petition. According to the Service Center processing dates, the USCIS NSC is currently processing I-730 petitions filed on August 25, 2006 (**Exhibit 2: Copy of NSC Processing Dates Posted on September 15, 2007**). Plaintiff's I-730 petition has now remained pending for more than 21 months from the date of the filing.

9.     Defendants have unreasonably delayed in and have refused to adjudicate Plaintiff's I-730 Petition for more than 21 months from the date of their filing, thereby depriving her of the right to a decision on the petition and the peace of mind to which Plaintiff is entitled.

10.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties

under the law.

    (a)    Plaintiff has been damaged by simply being deprived of the adjudication of her Form I-730 petition for more than 21 months since its filing. Plaintiff Yanfei HOU has been unable to reunite in the United States with her daughter Xiaowei ZHONG, who still remains in China due to the pendency of the I-730 petition **(Exhibit 3: Current address and phone number in China)**.

11.    The Defendants, in violation Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.* are unlawfully withholding or unreasonably delaying action on Plaintiff's I-730 Petition and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

12.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)    requiring the defendants to complete the processing expeditiously without further delay or in accordance with the Court ruling;

    (b)    requiring further the defendants to issue travel documents expeditiously without further delay or in accordance with the Court ruling;

    (c)    declaring the Plaintiff as the prevailing party and awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act upon motion; and

    (e)    granting such other relief at law and in equity as justice may require.

Dated: October 4, 2007                                  Respectfully submitted,

                                                                           Justin X. Wang, Esq.
                                                                           Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 4, 2007                     Respectfully submitted,

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

## LIST OF ATTACHMENTS

| Exhibit | Description |
|---|---|
| 1 | **Receipt Notice of I-730** |
| 2 | **NSC Processing Dates Posted on 09/15/2007** |
| 3 | **Current Address and Phone Number in China** |

Case 3:07-cv-05145-SI    Document 1    Filed 10/05/2007    Page 6 of 15

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-06-086-53361 | | CASE TYPE  I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE<br>January 30, 2006 | PRIORITY DATE | PETITIONER  A095 405 771<br>HOU, YANFEI |
| NOTICE DATE<br>January 30, 2006 | PAGE<br>1 of 2 | |
| JUSTIN X. WANG<br>BAUGHMAN & WANG<br>111 PINE STREET SUITE 1350<br>SAN FRANCISCO CA 94111 | | Notice Type:  Receipt Notice<br><br>Fee Waived |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER  LIN-06-086-53361 | | CASE TYPE  I730  REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE  January 30, 2006 | PRIORITY DATE | PETITIONER  A095 405 771  HOU, YANFEI |
| NOTICE DATE  January 30, 2006 | PAGE  2 of 2 | |

(Cont')
Family members:

```
Name          DOB         COB                           Class A-Number
ZHONG, XIAOWEI 11/03/1988 CHINA, PEOPLE'S REPUBLIC OF
ZZZZ           / /
```

Please see the additional information on the back. You will be notified separately about any other cases you filed.



Form I-797C (Rev. 01/31/05) N

Case 3:07-cv-05145-SI  Document 1  Filed 10/05/2007  Page 9 of 15

2



Home   Contact Us   Site Map   FAQ

Search
Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource | Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
### Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted September 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 04, 2006 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | April 17, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | April 17, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | June 14, 2007 |
| | | Haitian Refugee Immigrant Fairness Act | |

| I-131 | Application for Travel Document | (HRIFA) dependent applying for advance parole | December 15, 2006 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | June 14, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 26, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | March 16, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| | Application to Extend/Change | Extension of Stay for F or M academic or | |

| | | | |
|---|---|---|---|
| I-539 | Nonimmigrant Status | vocational students | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 07, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | August 25, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 22, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | June 14, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 22, 2006 |

[ Print This Page ]   [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

3

Current Address and Phone Numbers in China:

Zhong Xiaowei
2 Jiangyin House Jianghai Garden, Apt# 1202, Jianghai District
Jiangmen City, Guangdong Province
China
Zip Code: 529000

中国广东省江门市
江海区江海花园江殷居 2 号 1202 房
邮编: 529000
钟晓蔚 收

Tel:   86-750-381-3899 (H)
       86-1390-288-1808 (Cell)