# PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

    111 Pine Street, Suite 1350
    San Francisco, CA 94111

That I served the within:

    **RE:**    **C07-5145 SI**

    1)   SUMMONS IN A CIVIL ACTION;
    2)   CIVIL COVER SHEET;
    3)   PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
    4)   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; CASE MANAGEMENT CONFERENCE ORDER;
    5)   ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT; and et al.

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

    Alberto Gonzales (By Certified Mail)
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    US Attorneys Office (By Certified Mail)
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Attn: Civil Process Clerk

    Office of the General Counsel (By Certified Mail)
    U.S. Department of Homeland Security
    Washington, DC 20528

    Secretary of State (By Certified Mail)
    The Executive Office, Office of the Legal Adviser
    Room 5519, U.S. Department of State
    2201 C Street, NW
    Washington, DC 20520-6310

Executed this October 9, 2007, at San Francisco, California.

    _/s/ Joanna Lai_
    Joanna Lai