JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Yanfei HOU;

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yanfei HOU; | Case No.: **C07-5145 SI** |
| Plaintiff | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, Secretary of State | |
| Defendants. | "Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:   November 5, 2007                               Respectfully submitted,


                                                        Justin X. WANG, Esq.
                                                        Attorney for Plaintiff

Case No.: C07-5145 SI
Notice of Voluntary Dismissal                           F:\LING\Mandamus\I-730\HOU Yanfei\Voluntary Dismissal.wpd